UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT VICKERY,                                        Case No. 07-13419

        Plaintiff,                                          George Caram Steeh
                                                  United States District Judge
vs.
                                                  Michael Hluchaniuk
ALLWOOD, *et al.*,                                     United States Magistrate Judge

        Defendants.
_____/

**ORDER DENYING MOTION FOR**
**ALTERNATIVE SERVICE WITHOUT PREJUDICE (Dkt. 86)**

On July 31, 2009, plaintiff filed a motion for alternative service with respect to defendant Jan Goldberger. (Dkt. 86). On August 6, 2009, the undersigned issued an order directing the U.S. Marshals Service to personally effectuate service on defendant Goldberger. (Dkt. 87). Given this order, plaintiff's motion for alternative service is **DENIED** without prejudice.

**IT IS SO ORDERED.**

The parties to this action may object to and seek review of this Order, but are required to file any objections within 10 days of service as provided for in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). A party may not assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a).

1

Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to Local Rule 72.1(d)(2), any objection must be served on this Magistrate Judge.

|  |  |
|---|---|
| Date: August 6, 2009 | s/Michael Hluchaniuk<br>Michael Hluchaniuk<br>United States Magistrate Judge |

## CERTIFICATE OF SERVICE

I certify that on August 6, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: Ronald W. Chapman, Brad A. Danek, James T. Farrell, Kimberly A. Koester, and Adam Purnell and David B. Timmis.

s/James P. Peltier
Courtroom Deputy Clerk
U.S. District Court
600 Church Street
Flint, MI 48502
(810) 341-7850
pete_peltier@mied.uscourts.gov